UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: ZURAB KAVTARADZE

REQUEST FOR DISCOVERY
PURSUANT TO 28 U.S.C. § 1782

1:26-mc-00304

**ORDER GRANTING *EX PARTE* PETITION
FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

This matter comes before the Court by an *ex parte* petition for discovery pursuant to 28 U.S.C. § 1782 (the "Petition") filed by Zurab Kavtaradze ("Petitioner" or "Mr. Kavtaradze"). Having reviewed the Petition; its supporting memorandum, the Declaration of Luca Marcellini dated June 12, 2026, as well as the exhibits thereto, the Court is satisfied that the production of documentation is warranted pursuant to 28 U.S.C. § 1782, and the Court hereby ORDERS as follows:

1.  The Petition is GRANTED.

2.  Petitioner is authorized to issue and serve subpoenas on Bank of America N.A.; The Bank of New York Mellon; Barclays Bank PLC; BNP Paribas S.A.; Citibank N.A.; Commerzbank AG; Deutsche Bank Trust Co. Americas; HSBC Bank (USA) N.A.; J.P. Morgan Chase Bank, N.A.; Société Générale; Standard Chartered Bank; UBS AG; and Wells Fargo Bank, N.A. (the "**New York Banks**") for the production of the following documents:

    A.  For the period beginning September 1, 2022 to the present, copies of all wire transfer records processed by the New York Banks, including but not limited to as intermediary or correspondent banks, where any of the

following entities or individuals (the "**Discovery Subjects**") is an originator, beneficiary, or is otherwise referenced in the wire transfer:

    i.   Global Bond Securities Capital, LLC;

    ii.   Global Bond Securities Capital PTE Ltd.;

    iii.   Areca Financial Services, Inc.;

    iv.   Gerardo A. Bernard Littlejohn;

    v.   Showkat Hossain a/k/a Ronny Showkat Hossain a/k/a Md. Showkat Hossain Ronny;

    vi.   Mario Danese;

    vii.   Mauro Popoli;

    viii.   Henryk Wladyslaw Dabrowski.

B.    For the period beginning September 1, 2022 to the present, copies of all wire transfer records processed by the New York Banks, including but not limited to as intermediary or correspondent banks, where Keith W. Berglund or The Berglund Group (US) acted as an originator or beneficiary, and the following entities or individuals also acted as an originator or beneficiary:

    i.   OLJMPIA Fund SCSp;

    ii.   Allied Mega Asia Ltd.;

    iii.   Allustro International Limited;

    iv.   Alfonso Iovieno.

C.    For the period beginning September 1, 2022 to the present, identify any bank accounts in the name of and/or held beneficially for any of the

2

Discovery Subjects, and provide the full records thereof, specifically including copies of present and historical account balance information, and records of incoming and outgoing payments.

D.    For the period beginning September 1, 2022 to the present, identify any accounts, loans, lines of credit or other funding arrangements to any of the Discovery Subjects, and provide full records thereof.

3.    The New York Banks shall produce the documents requested in their respective subpoenas within twenty-one (21) days of service of the subpoena and as required under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of New York.

4.    The New York Banks shall preserve documents and evidence, electronic or otherwise, in their possession, custody, or control that contain information potentially relevant to the subject matter of the Petitioner's document request.

5.    Notice of the discovery authorized by this Order need not be provided in accordance with the Federal Rules of Civil Procedure.  Notice need not be provided to any of the individuals or entities listed above or named as a party in the foreign proceedings until such time as the responsive documents produced by the New York Banks are submitted in the foreign proceedings.

6.    The Court shall retain jurisdiction over the matter for the purpose of enforcement this Order, as appropriate, and assessing any supplemental request for discovery assistance by Petitioner.

7.    A copy of this Order shall be served with each discovery demand.

SO ORDERED.

Dated: New York, New York
_____June 23_____, 2026

This order is without prejudice to
the filing of any motion to quash.

So ordered.

Date: June 23, 2026

_____
J. PAUL OETKEN
United States District Judge

4